IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED
APR 17 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal No. 18-10020 |
| PETE EARL TAYLOR, | ) ) | VIO: Title 18 U.S.C. §§ 1791(a)(2), (b)(3) and (b)(5) |
| Defendant. | ) ) ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1
### (Possession of a Contraband Weapon)

On or about November 30, 2017, at Pekin, in the Central District of Illinois, the defendant,

**PETE EARL TAYLOR,**

an inmate in a prison, namely Federal Correctional Institution at Pekin, Illinois, did unlawfully and willfully possess a prohibited object to wit: a homemade weapon made of a sharpened piece of metal approximately six and one-half ( 6 ½ ) inches in length;

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

### Count 2
### (Possession of Prohibited Object in Prison)

On or about November 30, 2017, at Pekin, in the Central District of Illinois, the defendant,

**PETE EARL TAYLOR,**

an inmate in a prison, namely Federal Correctional Institution at Pekin, Illinois,

knowingly possessed a prohibited object, that is approximately six grams of a green leafy substance in packages labeled "Next Generation Herbal Potpourri";

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(5).

A True Bill.

s/Foreperson

Foreperson

s/Paul Morris

JOHN E. CHILDRESS
UNITED STATES ATTORNEY
PBM/slr