UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 18-10020 |
| ) | |
| PETE EARL TAYLOR, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO REQUIRE NOTICE OF
INTENT TO USE "OTHER CRIMES" EVIDENCE**

Now comes the Defendant, PETE EARL TAYLOR, by his attorney, KARL W. BRYNING, and pursuant to Rule 12(d)(2), Fed.R.Crim.P., and Rule 404(b), Fed.R.Evid., moves this Court for the entry of an Order requiring the government to give notice to the defense of its intent to use at trial any evidence of "other crimes, wrongs, or acts" of any defendant, as that phrase is used in Rule 404(b), Fed.R.Evid.

1.  That notice of the government's intent to introduce Rule 404(b) evidence allows the defense the necessary time in which to prepare to contest the admissibility of such evidence, thus avoiding the delay attendant at trial in challenging the admissibility of such evidence, and the risk of prejudicial error occurring from the introduction of said evidence. *United States v. Foskey*, 636 F.2d 517, 526 (D.C.Cir. 1980).

2.  That notice of the government's intent to introduce "other crimes" evidence is specifically authorized under Rule 404(b), Fed.R.Evid., which states, in pertinent part:

> Evidence of other crimes, wrongs, or acts is not
> admissible to prove the character of a person
> in order to show action in conformity therewith.

>It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, provided that upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to use at trial.

WHEREFORE, Defendant requests the entry of an Order requiring the government to give notice to the defense of its intent to use at trial any evidence of "other crimes, wrongs, or acts" of any defendant, as that phrase is used in Rule 404(b), Fed.R.Evid.

PETE EARL TAYLOR,
Defendant

/s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Paul Morris, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

/s/ Karl W. Bryning
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
FAX: 309/671-7898
Email: karl_bryning@fd.org