# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-10020 |
| ) | |
| PETE EARL TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Please notice that the undersigned enters her appearance as counsel of record for the plaintiff, United States of America, in the captioned matter.

Respectfully submitted,

JOHN E. CHILDRESS
*United States Attorney*

*/s/Katherine G. Legge*
Assistant United States Attorney

Office of the United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309-671-7050
Email: katherine.legge@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I caused the entry of appearance to be electronically filed with the Clerk of the Court using the ECF system, which will cause notice to be sent to Karl Bryning, attorney for the defendant.

*/s/ Elizabeth A. Quinones*
Legal Assistant
