E-FILED
Tuesday, 25 September, 2018, 01:11:20 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 25 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Pete E. Taylor
[address]
Pekin, Ill 61554

9-23-18

The Honorable
James E. Shadid
United States District Court
100 N.E. Monroe St
Peoria Ill, 61602

Honorabl Judge Shadid

I Pete E. Taylor case # 1:18-cr-10020-JES-JEH-1. Write to you with the utmost respect at heart. In regards to my current situation. I'm in Tazwell County pending sentencing. In which on 9-6-18 I came before you. At that time I requested to waive P.S.R. & sentence at earliest as posible. As was done in case # 10019-JES-JEH-1. Another contraband case out of F.C.I Pekin.

I do overstand as well as I respect the fact! That this your court room. You run as you so disire. Honorable Judge Shadid, Pekin, Tazwell County has made me a believer. I'm done too old for this life. I can on & on but choose not bother you. All I'm asking is for probation to calculate my time A.S.A.P & get me out of here. Please?

Thank You

PEORIA IL 616
24 SEP 2018 PM 1 T

This correspondence is from an inmate of the Tazewell County Jail.

The Honorable
James E. Shadid
United States District Courts
100 N.E. Monroe St
Peoria, IL 61602-1097

Earl Taylor #28837
TCJC Detainee
101 Capitol St
Pekin, IL, 61554