** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED 1:18-cr-10020-JES-JEH # 17 Page 1 of 3 DURATION PAGES STATUS
December 11, 2018 at 2:50:29 PM EST REMOTE CSID 60 3 Received

E-FILED
Tuesday, 11 December, 2018 03:40:12 PM
Clerk, U.S. District Court, ILCD

503 E. Nifong Blvd.
Columbia, MO 65201
573.442.3755 Tel
573.442.2775 Fax
Store1428@theupsstore.com



# Fax Cover

## The UPS Store

To: Hon James E. Shadid  Fax #: _____

Date: 12-11-18    # of Pages (including cover sheet): 3

From: (SB) Angel Preyer   Phone #: (573) 424-9728

Subject: Pete Taylor #25253-077

If you are not the intended recipient, do not disclose, copy, distribute or use this information. If you received this transmission in error, please call immediately to arrange return of the documents at no cost to you.

December 9, 2018

Honorable James E. Shadid,

Hello, I am writing in reference to Pete Earl Taylor #25253-077. As you know from my previous letter, I am his fiancé and I know him better than anyone; I say this because he, despite his disposition is a very private and prideful man. I doubt he will say anything or complain about his current condition. However, I feel it is extremely important that you know of his condition. He has an obvious limp when he walks due to his right femur bone has managed to literally fuse to his hip bone and he is unable to bend his leg at the hip. His pain has never been properly managed at any facility he has been at. He was actually denied his soft soled shoes he needs to walk around while at Peking by the Doctor at the facility (an internal specialist, not orthopedic specialist), even though the orthopedic specialist Dr. Kinzinger requested him to have them. He has been denied the extra mattress also recommended for his hip pain when he lies down. I have noticed a serious decline in his physical health recently that seriously concerns me. He is also becoming very forgetful lately which also concerns me. (Early signs of dementia)

I say these things to you in hopes that you have some influence over where he is designated next. He is in bad shape health wise, and I'm afraid his mental health is declining. I plead with you to please send him to a medical facility. I did look up and find there is a medical facility MFCP, in Springfield, Missouri, I live in Columbia, Missouri, this would only be a 3 hour drive for me and would be great, however I want him somewhere he can receive the proper medications and care for his condition. If he can't go there please send him somewhere he can get proper care. I don't care for the phrase disability. He told me the nurse at Tazewell informed him his limp has become much more obvious just since he has been there. I have not been able to physically see him in over a year already due to him being in the special housing unit at Peking, then there at Tazewell Justice Center. He has already in my mind served a year paying for what he is about to be sentenced for. I am in no way condoning his actions that put him before you, I am merely asking you to try to understand his situation, wouldn't you try to defend yourself if you were in bad physical shape and your life was threatened? I know I would. He's an older man, in bad physical shape, by no means capable of defending himself in a physical attack. I have discussed this matter with him on several occasions and he regrets having the weapon, I understand why he had it, I completely understand. But I do not condone his actions.

Please if you can, have him placed in a medical facility. He's definitely not getting any younger of going to be in better physical shape ever. Dr. Kinzinger told him that surgery would be way to risky and he could possibly die from it, so he will be in pain the rest of his life and have obvious disposition to others in general who are always looking to get over on someone who can't defend themselves. I of course also plead with you to consider his time he has already served in isolation when handing out your sentence on the 13th of this month when he comes before you. I am aware he has broken the law and has to pay for his crime, I just ask that you consider his health and sentence him as you see fit in a medical facility that can properly take care of him until I am able to do so when he gets home, if he makes it home. In my final plea I ask that you give him a short sentence considering he's already been

being punished for over a year, and please send him to a medical facility. I have tried to talk to his attorney on multiple occasions via phone and have never once received a return phone call. I tried to get his medical records for his attorney to have in case you wanted to go over them yourself. Alas, I failed at getting contact with the attorney despite trying for several months, at least once a week. Mr. Taylor has also tried to talk to his attorney several times because he wants to go over things before the 13th, no reply. He needs to request a court order to send items home before he is transferred, yet has been unable to talk to him. As I'm sure you can understand my confidence in his representation is minimal. Therefore, I am writing you myself. I appreciate you taking the time to read my request, and your consideration of the entire situation. I trust that you will be just in your decision. Have a wonderful day and happy holidays to you and yours. If you have any questions or concerns please feel free to contact me. My number is (573)424-97?8. My e-mail is MrzTaylor1117@gmail.com

Sincerely,

Angel Preyer