IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   18-10020 |
| | ) |
| PETE EARL TAYLOR, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, PETE EARL TAYLOR, appeals to the United States Court of Appeals for the Seventh Circuit the conviction and sentence imposed in open court on December 13, 2018.

Respectfully submitted,

PETE EARL TAYLOR,
 Defendant

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on December 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Paul Morris, One Technology Plaza, Suite 400, Peoria, IL 61602

    s/Karl W. Bryning

KARL W. BRYING
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: karl_bryning@fd.org