E-FILED
Thursday, 13 December, 2018 02:14:41 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )  No.  18-10020 |
| PETE EARL TAYLOR, | ) |
| Defendant. | ) |

CIRCUIT RULE 3(C) DOCKETING STATEMENT
AND JURISDICTIONAL DESIGNATION

Now comes the Defendant, PETE EARL TAYLOR, by his undersigned attorney, and pursuant to Circuit Rule 3(c), submits the following jurisdictional statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the Unites States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3742 and is based on the following particulars.

   i. Date of entry of judgment sought to be reviewed: conviction and sentence entered December 13, 2018, adjudicating defendant guilty of possession of a contraband weapon in violation of 18 U.S.C. Sections 1791(a)(2) and (b)(3) and Possession of a Prohibited Object in Prison in violation of 18

   U.S.C. Sections 1791(a)(2) and (b)(5), and committing defendant to the custody of the Bureau of Prisons for a term of 27 months.

ii. Filing date of motion for new trial: N/A;

iii. Disposition of motion and date of entry: N/A

iv. Filing date of notice of appeal: December 13, 2018

     Respectfully submitted,

     PETE EARL TAYLOR,
      Defendant

     <u>/s/Karl W. Bryning</u>
     Assistant Federal Public Defender
     401 Main Street, Suite 1500
     Peoria, Illinois 61602
     Phone: (309) 671-7891
     FAX: (309) 671-7898
     Email: karl_bryning@fd.org

Date: December 13, 2018

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Mr. Paul Morris
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602

December 13, 2018.

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org