E-FILED
Thursday, 13 December, 2018 02:40:20 PM
Clerk, U.S. District Court, ILCD

United States
District Court

The Honorable
J.E. Chadid
100 NE Monroe St
Peoria, Ill, 61602

12-10-18

FILED
DEC 13 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable J.E. Chadio

Pete E. Taylor case# 1:18CR10020-001 I write to you with the utmost respect at heart. This will be my third letter with no results nor response. I'm seeking any sympathy only an understanding. As I understand that you're a very busy man, 3 you can't respond to every letter, but please hear me out.

I come before you on 12-13-18 for sentencing on a contraband case, that is out of Pekin F.C.I. It's more than meets the eye that evolves around this case. Such as prison politics, selective prosecution so on 3 so forth. In which I may not have enough pencil 3 paper to elaborate on all of it. I'm not certain how a contraband case was even brought before you. Next.

Your Honor Personal? I
I feel after experiencing Hell on
Earth! In the Well No! Justice Racist
Center. I should receive credit for
Time served! Honestly, I endured
Living Hell during my stay. I'm so
Ready to move on words can't even
explain. The Well has made a believer
out of me. Honestly.

Your Honor I'm not young
as I use to be. My Health is of
some concern. For the record F.C.I
Pekin is Gang Capital of the Mid-west.
For the Mid-west I'm not from the
Mid-west. No! My actions were not
correct & exact but 27 to 33 Months. I
may not live that long my release
date now is 2024.

Please forgive Your Honor
I'm at the Mercy of the Court.
I can only ask of your understanding
& whatever the outcome may be? I
ask of a recommendation to be placed
in a Medical Facility. Due to my
Medical Condition. Thank you,
Respectfully