IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   18-10020 |
| ) | |
| PETE EARL TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Defendant, PETE EARL TAYLOR, appeals to the United States Court of Appeals for the Seventh Circuit the conviction and sentence imposed in open court on December 13, 2018 and memorialized in the Judgement Order dated December 18, 2018 adjudicating the defendant guilty of Possession of Contraband Weapon in violation of 18 U.S.C Subsections 1791(a)(2) 7(b)(3) and Possession of Prohibited Object in Prison in violation of 18 U.S.C. Subsections 1791(a)(2) and (b)(5) and committing the defendant to the custody of the Federal Bureau of Prisons for a term of 27 months on Count 1 and 6 months on Count 2 to run concurrently to each other and to run consecutively to sentence in Western District of Missouri docket no. 15CR344l and Ordering payment totaling $110.00

Respectfully submitted,

PETE EARL TAYLOR,
 Defendant

<u>/s/Karl W. Bryning</u>
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Paul Morris, One Technology Plaza, Suite 400, Peoria, IL 61602

                                          s/Karl W. Bryning

                                          KARL W. BRYING
                                          Assistant Federal Public Defender
                                          401 Main Street, Suite 1500
                                          Peoria, Illinois 61602
                                          Phone: 309/671-7891
                                          Fax: 309/671-7898
                                          E-mail: karl_bryning@fd.org