IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   18-10020 |
| | ) | |
| PETE EARL TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED CIRCUIT RULE 3(C) DOCKETING STATEMENT
AND JURISDICTIONAL DESIGNATION

Now comes the Defendant, PETE EARL TAYLOR, by his undersigned attorney, and pursuant to Circuit Rule 3(c), submits the following jurisdictional statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the Unites States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3742 and is based on the following particulars.

i. Date of entry of judgment sought to be reviewed: conviction and sentence entered December 13, 2018, and memorialized in the Judgement Order dated December 18, 2018 adjudicating the defendant guilty of Possession of Contraband Weapon in violation of 18 U.S.C Subsections 1791(a)(2) 7(b)(3) and Possession of Prohibited Object in Prison in violation of 18

   U.S.C. Subsections 1791(a)(2) and (b)(5) and committing the defendant to the custody of the Federal Bureau of Prisons for a term of 27 months on Count 1 and 6 months on Count 2 to run concurrently to each other and to run consecutively to sentence in Western District of Missouri docket no. 15CR344l and Ordering payment totaling $110.00.

ii.  Filing date of motion for new trial: N/A;

iii.  Disposition of motion and date of entry: N/A

iv.  Filing date of notice of appeal: December 13, 2018

        Respectfully submitted,

        PETE EARL TAYLOR,
         Defendant

        /s/Karl W. Bryning
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: (309) 671-7891
        FAX: (309) 671-7898
        Email: karl_bryning@fd.org

Date: December 18, 2018

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Paul Morris
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602

December 18, 2018.

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org