APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CRIMINAL DOCKET FOR CASE #: **1:18−cr−10020−JES−JEH** All Defendants

Case title: USA v. Taylor

Date Filed: 04/17/2018
Date Terminated: 12/18/2018

Assigned to: Chief Judge James E. Shadid
Referred to: Magistrate Judge Jonathan E. Hawley

**Defendant (1)**

**Pete Earl Taylor**
*TERMINATED: 12/18/2018*

represented by **Karl W Bryning**
FEDERAL PUBLIC DEFENDER
Suite 1500
401 Main St
Peoria, IL 61602
309−671−7891
Fax: 309−671−7898
Email: Karl_Bryning@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:1791.A.F − On or about November 30, 2017, at Pekin, in ILCD − Possession of a Contraband Weapon in violation of 18 U.S.C. Sections 1791(a)(2) and (b)(3)
(1)

18:1791.A.F − On or about November 30, 2017, at Pekin, in ILCD − Possession of Prohibited Object in Prison in violation of 18 U.S.C. Sections 1791(a)(2) and (b)(5)
(2)

**Disposition**

IT IS ORDERED AND ADJUDGED: Dft is committed to the custody of the BOP for 27 months as to Count 1 and 6 months as to Count 2, to run concurrently with each other and consecutive to sentence in Western District of Missouri docket no. 15CR344; NO Supervised Release; No Fine; $110 Special Assessment

IT IS ORDERED AND ADJUDGED: Dft is committed to the custody of the BOP for 27 months as to Count 1 and 6 months as to Count 2, to run concurrently with each other and consecutive to sentence in Western District of Missouri docket no. 15CR344; NO Supervised Release; No Fine; $110 Special Assessment

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Paul B Morris** <br> US ATTORNEY <br> Suite 400 <br> One Technology Plaza 211 Fulton Street <br> Peoria, IL 61602 <br> 309−671−7050 <br> Fax: 309−671−7259 <br> Email: paul.morris@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br><br> **Katherine G Legge** <br> US ATTY <br> One Technology Plaza <br> Suite 400 <br> 211 Fulton St <br> Peoria, IL 61602 <br> 309−671−7050 <br> Fax: 309−671−7259 <br> Email: katherine.legge@usdoj.gov <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/17/2018 | 1 | | INDICTMENT as to Pete Earl Taylor (1) count(s) 1 and 2. (FDS, ilcd) (Entered: 04/17/2018) |
| 04/17/2018 | 2 | | **+++ SEALED DOCUMENT − ORIGINAL DOCUMENT UNREDACTED − Indictment** (FDS, ilcd) (Entered: 04/17/2018) |
| 04/17/2018 | 3 | | **+++ SEALED DOCUMENT − DEFENDANT INFORMATION SHEET.** (FDS, ilcd) (Entered: 04/17/2018) |
| 04/19/2018 | | | TEXT ORDER as to Pete Earl Taylor re 1 Indictment: Initial Appearance/ Arraignment set for 5/14/2018 at 2:30 PM in Courtroom C in Peoria before Magistrate Judge Jonathan E. Hawley. Entered by Magistrate Judge Jonathan E. |

| | | | |
|---|---|---|---|
| | | | Hawley on 4/19/18. (WG, ilcd) (Entered: 04/19/2018) |
| 05/14/2018 | 4 | | + + **PRETRIAL SERVICES REPORT** as to Pete Earl Taylor (Farmer, Kendrick) (Entered: 05/14/2018) |
| 05/14/2018 | | | Attorney update in case as to Pete Earl Taylor. Attorney Karl W Bryning for Pete Earl Taylor added. (FDS, ilcd) (Entered: 05/15/2018) |
| 05/14/2018 | | | Minute Entry for proceedings held before Magistrate Judge Jonathan E. Hawley: Parties present in open court by AUSA Paul Morris and FPD Rob Alvarado with Dft Pete Earl Taylor for Initial Appearance/Arraignment held on 5/14/2018.Dft and counsel acknowledge receipt of the Indictment. Dft advised of right to counsel. Dft requests appointed counsel. Court finds Dft indigent and will appoint FPD. Dft advised of charges and possible penalties. Dft waives further detailed reading of the Indictment in open court. Dft enters a plea of Not Guilty to all counts, and same received and entered of record. Case set for Pretrial Conference on 6/21/2018 at 10:00 AM and Jury Trial set for 7/23/2018 at 9:00 AM BOTH in Courtroom A in Peoria before Chief Judge James E. Shadid. Dft is currently in the BOP. Dft waives Detention Hearing, and agrees to detention. Court orders Dft detained pending resolution of this case. Detention Order to enter. Dft remanded to the custody of the USMS. Court orders Presentence Investigation Report released to counsel. (Tape #PRC: 1:52 p.m.) (FDS, ilcd) (Entered: 05/15/2018) |
| 05/14/2018 | 6 | | ORDER of Detention as to Pete Earl Taylor entered by Magistrate Judge Jonathan E. Hawley on 5/14/18. (FDS, ilcd) (Entered: 05/15/2018) |
| 05/14/2018 | | | Arrest of Pete Earl Taylor on 5/14/18. (FDS, ilcd) (Entered: 05/17/2018) |
| 05/17/2018 | 7 | | Arrest Warrant Returned Executed: Warrant executed on 5/14/18 as to Pete Earl Taylor. (FDS, ilcd) (Entered: 05/17/2018) |
| 06/13/2018 | | | Set/Reset Deadlines/Hearings as to Pete Earl Taylor: Pretrial Conference/possible plea set for 6/21/2018 at 03:00 PM in Courtroom C in Peoria before Magistrate Judge Jonathan E. Hawley. (CG, ilcd) (Entered: 06/13/2018) |
| 06/21/2018 | | | Minute Entry for proceedings held before Magistrate Judge Jonathan E. Hawley: Parties present in open court with AUSA P. Morris and Dft Pete Earl Taylor personally with Atty K. Bryning for Pretrial Conference held on 6/21/2018. Supplemental Pretrial Conference set 6/26/2018 at 2:30 PM in Courtroom A in Peoria before Chief Judge James E. Shadid. Jury Trial remains set 7/23/2018 at 9:00 a.m. Dft remanded to the custody of the USM. (Tape #PR−C: 3:12 PM.) (SAG, ilcd) Modified on 6/21/2018 (SAG, ilcd). (Entered: 06/21/2018) |
| 06/26/2018 | | | Minute Entry for proceedings held before Chief Judge James E. Shadid: Parties present in open court AUSA Paul Morris and AFPD Karl Bryning with Dft Pete Earl Taylor for a Pretrial Conference on Tuesday, 6/26/2018. Dft requests a continuance of the Jury Trial − no objections. ProSe Oral Motion by Dft Taylor for Atty Bryning to withdraw from this matter. Discussion held. For reasons stated on the record, Court DENIES the Motion. Discussion held re the continuance. Govt, Defense Counsel, and Dft agree to continuing the Jury Trial. SO ORDERED. Court VACATES the 7/23/2018 Jury Trial and schedules the Dft as follows: A Pretrial Conference is set for Thursday, 9/6/2018 at 10:00 AM with a Jury Trial to begin at 9:00 AM on Monday, 10/15/2018. All proceedings |

| | | | |
|---|---|---|---|
| | | | to be held in Courtroom A in Peoria before Chief Judge James E. Shadid. Court finds that it is in the interest of justice that the time between today and 10/15/2018 is excludable pursuant to the Speedy Trial Act. Dft remanded to the custody of the U.S. Marshal. (Court Reporter NM) (JRK, ilcd) (Entered: 06/26/2018) |
| 06/27/2018 | 8 | | MOTION for Release of Brady Materials by Pete Earl Taylor. (Bryning, Karl) (Entered: 06/27/2018) |
| 06/27/2018 | 9 | | MOTION for Disclosure *Rule 404(b)* by Pete Earl Taylor. (Bryning, Karl) (Entered: 06/27/2018) |
| 06/27/2018 | 10 | | MOTION for Discovery *Rule 16* by Pete Earl Taylor. (Bryning, Karl) (Entered: 06/27/2018) |
| 06/27/2018 | 11 | | MOTION in Limine *Prior Convictions* by Pete Earl Taylor. (Bryning, Karl) (Entered: 06/27/2018) |
| 08/30/2018 | 12 | | NOTICE OF ATTORNEY APPEARANCE Katherine G Legge appearing for USA. (Legge, Katherine) (Entered: 08/30/2018) |
| 09/06/2018 | | | Minute Entry for proceedings held before Chief Judge James E. Shadid: Parties present in open court AUSA Kate Legge and AFPD Karl Bryning with Dft Pete Earl Taylor for a Pretrial Conference on Thursday, 9/6/2018 – Change of Plea Hearing held. Dft enters plea of GUILTY to Counts 1 & 2. Court accepts the plea and matter is referred to the U.S. Probation Office for a Presentence Investigation and Report. Court VACATES the 10/15/2018 Jury Trial and schedules the Dft for Sentencing on Thursday, 12/13/2018 at 11:00 AM (in Courtroom A in Peoria before Chief Judge James E. Shadid). Given the plea of guilty, Court orders Pretrial Motions 8 , 9 , 10 , & 11 MOOT. Dft remanded to the custody of the U.S. Marshal. (Court Reporter NM) (JRK, ilcd) (Entered: 09/06/2018) |
| 09/25/2018 | 13 | | Letter from Pete E. Taylor dated 9/23/18 addressed to Judge Shadid. (FDS, ilcd) (Entered: 09/25/2018) |
| 11/05/2018 | 14 | | + +**INITIAL PRESENTENCE INVESTIGATION REPORT** as to Pete Earl Taylor (Bailey, Genise) (Entered: 11/05/2018) |
| 12/04/2018 | 15 | | + + **REVISED PRESENTENCE INVESTIGATION REPORT** as to Pete Earl Taylor (Bailey, Genise) (Entered: 12/04/2018) |
| 12/04/2018 | 16 | | +++ **SENTENCING RECOMMENDATION** as to Pete Earl Taylor. (Bailey, Genise) (Entered: 12/04/2018) |
| 12/11/2018 | 17 | | Character Letter in support of Defendant Taylor from Angel Preyer (JRK, ilcd) (Entered: 12/11/2018) |
| 12/12/2018 | | | NOTICE OF HEARING as to Pete Earl Taylor: Sentencing set for 12/13/2018 at 10:30 AM in Courtroom A in Peoria before Chief Judge James E. Shadid. (CG, ilcd) (Entered: 12/12/2018) |
| 12/13/2018 | 18 | | NOTICE OF APPEAL by Pete Earl Taylor (Bryning, Karl) (Entered: 12/13/2018) |
| 12/13/2018 | 19 | | DOCKETING STATEMENT by Pete Earl Taylor. (Bryning, Karl) (Entered: 12/13/2018) |

| | | | |
|---|---|---|---|
| 12/13/2018 | | | Minute Entry for proceedings held before Chief Judge James E. Shadid: Parties present in open court AUSA Paul Morris and AFPD Karl Bryning with Dft Pete Earl Taylor for Sentencing on Thursday, 12/13/2018. Defense files medical records with the Court. At the request of Defense, Court ORDERS the records be filed under seal. Court sentences the Dft as follows: IT IS ORDERED AND ADJUDGED that the Dft is committed to the custody of the BOP for 27 months as to Count 1 and 6 months as to Count 2, to run concurrently with each other and consecutive to sentence in Western District of Missouri docket no. 15CR344; NO Supervised Release; No Fine; $110 Special Assessment. Dft advised of appeal rights and is remanded to the custody of the U.S. Marshal. (Court Reporter NM) (JRK, ilcd) (Entered: 12/13/2018) |
| 12/13/2018 | 20 | | Letter to the Court from Dft Pete Earl Taylor. (Attachments: # 1 envelope) (JRK, ilcd) (Entered: 12/13/2018) |
| 12/13/2018 | 21 | | +++ **SEALED DOCUMENT.** *Medical Records submitted in open court on 12/13/2018.* (JRK, ilcd) (Entered: 12/13/2018) |
| 12/18/2018 | 22 | 12 | JUDGMENT entered by Chief Judge James E. Shadid on 12/17/2018 as to Pete Earl Taylor. (JRK, ilcd) (Entered: 12/18/2018) |
| 12/18/2018 | 23 | | +++ **SEALED DOCUMENT – ORIGINAL JUDGMENT UNREDACTED** as to Pete Earl Taylor (JRK, ilcd) (Entered: 12/18/2018) |
| 12/18/2018 | 24 | | +++ **STATEMENT OF REASONS FOR IMPOSING SENTENCE** as to Pete Earl Taylor (JRK, ilcd) (Entered: 12/18/2018) |
| 12/18/2018 | 25 | 6 | "AMENDED" NOTICE OF APPEAL by Pete Earl Taylor (Bryning, Karl) Modified on 12/18/2018 to indicated Amended Notice of Appeal. (FDS, ilcd). (Entered: 12/18/2018) |
| 12/18/2018 | 26 | 9 | DOCKETING STATEMENT by Pete Earl Taylor. (Bryning, Karl) (Entered: 12/18/2018) |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   18-10020 |
| ) | |
| PETE EARL TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that the Defendant, PETE EARL TAYLOR, appeals to the United States Court of Appeals for the Seventh Circuit the conviction and sentence imposed in open court on December 13, 2018 and memorialized in the Judgement Order dated December 18, 2018 adjudicating the defendant guilty of Possession of Contraband Weapon in violation of 18 U.S.C Subsections 1791(a)(2) 7(b)(3) and Possession of Prohibited Object in Prison in violation of 18 U.S.C. Subsections 1791(a)(2) and (b)(5) and committing the defendant to the custody of the Federal Bureau of Prisons for a term of 27 months on Count 1 and 6 months on Count 2 to run concurrently to each other and to run consecutively to sentence in Western District of Missouri docket no. 15CR344l and Ordering payment totaling $110.00

Respectfully submitted,

PETE EARL TAYLOR,
 Defendant

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Paul Morris, One Technology Plaza, Suite 400, Peoria, IL 61602

                     s/Karl W. Bryning

                     KARL W. BRYING
                     Assistant Federal Public Defender
                     401 Main Street, Suite 1500
                     Peoria, Illinois 61602
                     Phone: 309/671-7891
                     Fax: 309/671-7898
                     E-mail: karl_bryning@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No.   18-10020 |
| PETE EARL TAYLOR, | ) | |
| Defendant. | ) | |

AMENDED CIRCUIT RULE 3(C) DOCKETING STATEMENT
AND JURISDICTIONAL DESIGNATION

Now comes the Defendant, PETE EARL TAYLOR, by his undersigned attorney, and pursuant to Circuit Rule 3(c), submits the following jurisdictional statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the Unites States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3742 and is based on the following particulars.

    i. Date of entry of judgment sought to be reviewed: conviction and sentence entered December 13, 2018, and memorialized in the Judgement Order dated December 18, 2018 adjudicating the defendant guilty of Possession of Contraband Weapon in violation of 18 U.S.C Subsections 1791(a)(2) 7(b)(3) and Possession of Prohibited Object in Prison in violation of 18

U.S.C. Subsections 1791(a)(2) and (b)(5) and committing the defendant to the custody of the Federal Bureau of Prisons for a term of 27 months on Count 1 and 6 months on Count 2 to run concurrently to each other and to run consecutively to sentence in Western District of Missouri docket no. 15CR344l and Ordering payment totaling $110.00.

ii. Filing date of motion for new trial: N/A;

iii. Disposition of motion and date of entry: N/A

iv. Filing date of notice of appeal: December 13, 2018

Respectfully submitted,

PETE EARL TAYLOR,
 Defendant

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org

Date: December 18, 2018

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Mr. Paul Morris
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602

December 18, 2018.

/s/Karl W. Bryning
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: (309) 671-7891
FAX: (309) 671-7898
Email: karl_bryning@fd.org

AO 245B (Rev. 09/17)  Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| Pete Earl Taylor | ) | Case Number: 18-10020 |
| | ) | USM Number: 25253-077 |
| | ) | Karl Bryning |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1 & 2

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§1791(a)(2) & (b)(3) | Possession of a Contraband Weapon | 11/30/2017 | 1 |
| 18 USC §§1791(a)(2) & (b)(5) | Possession of Prohibited Object in Prison | 11/30/2017 | 2 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/13/2018
Date of Imposition of Judgment

s/ James E. Shadid

Signature of Judge

James E. Shadid, Chief U.S. District Judge
Name and Title of Judge

12-17-18
Date

AO 245B (Rev. 09/17) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 4

DEFENDANT: Pete Earl Taylor
CASE NUMBER: 18-10020

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

27 months on Count 1 and 6 months on Count 2 to run concurrently to each other and to run consecutively to sentence in Western District of Missouri docket no. 15CR344

☑ The court makes the following recommendations to the Bureau of Prisons:

It is recommended that the BOP decide where the defendant shall serve his sentence by weighing the importance of security and his medical needs.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/17) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

DEFENDANT: Pete Earl Taylor
CASE NUMBER: 18-10020

Judgment — Page 3 of 4

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 110.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/17) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __4__ of __4__

DEFENDANT: Pete Earl Taylor
CASE NUMBER: 18-10020

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ __110.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.