# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 18, 2018

**To:**    Shig Yasunaga
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 18-3661
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> PETER E. TAYLOR,
> Defendant - Appellant
>
> ---
>
> District Court No: 1:18-cr-10020-JES-JEH-1
> Court Reporter Nancy Mersot
> Clerk/Agency Rep Shig Yasunaga
> District Judge James E. Shadid
>
> Date NOA filed in District Court: 12/18/2018

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)