Case: 18-3661   Document: 7   Filed: 02/11/2019   Pages: 1

E-FILED
Monday, 11 February, 2019 02:42:40 PM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 11, 2019

*By the Court*:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee, | ] Appeal from the United<br>] States District Court for<br>] the Central District of |
| No. 18-3661　　　　　　v. | ] Illinois.<br>] |
| PETER E. TAYLOR,<br>　　　Defendant-Appellant. | ] No. 1:18-cr-10020-JES-JEH-1<br>]<br>] James E. Shadid,<br>]　　Chief Judge. |

This matter comes before the court for its consideration of attorney Karl W. Bryning's **MOTION TO WITHDRAW AS DEFENDANT-APPELLANT'S APPOINTED COUNSEL ON APPEAL**, filed on December 26, 2018. Upon consideration thereof,

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED.**

**IT IS FURTHER ORDERED** that attorney Abby L. Sgro, GIFFIN, WINNING, COHEN & BODEWES, One W. Old State Capitol Plaza, Springfield, IL 62701, is appointed to represent defendant-appellant Peter E. Taylor pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

Briefing shall proceed as follows:

1.　Defendant-appellant shall file his brief and required short appendix on or before May 1, 2019.

2.　Plaintiff-appellee shall file its brief on or before May 31, 2019.

3.　Defendant-appellant shall file his reply brief, if any, on or before June 21, 2019.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument.  Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability.  Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).